■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE HOLMES, Appellant. [930 NYS2d 886]—

Contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, J.P., Florio, Eng and Sgroi, JJ., concur.